# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ROBERTO GONZALEZ,<br><br>Defendant. | Case No.: 18cr4677-JAH<br><br>**ORDER DISMISSING MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582 (Doc. No. 27).** |

Pending before the Court is a Motion by Defendant Luis Roberto Gonzalez to Reduce Sentence Pursuant to 18 U.S.C. § 3582. Doc. No. 27. The Court finds this motion premature, as Defendant filed the motion on January 8, 2019, prior to his sentencing on March 18, 2019. *See* Doc. No. 35.

IT IS HEREBY ORDERED that Defendant's Motion to Reduce Sentence is **DISMISSED.**

**IT IS SO ORDERED.**

DATED: November 19, 2019

_____
JOHN A. HOUSTON
United States District Judge